# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Preston Brooks, II, </br> *Plaintiff* </br> v. </br> Commissioner Social Security Administration, </br> *Defendant* | ) </br> ) </br> ) Civil Action No.   8:16-cv-01229-MGL </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   April 28, 2017                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                               s/Ashley Buckingham, Deputy Clerk
                                                                                  *Signature of Clerk or Deputy Clerk*